Date: 09/08/10

**DIVIDENDS REMITTED TO THE COURT**
Check Number 2007 Dated 09/08/10
Case Number 09-33714 - THURSTON, DAVID M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Credit Bureau of Faribault<br>28 3rd Street NE<br>Suite 221<br>Faribault MN 55021<br>101705 | 000002 | 91.00 | 0.18 |
| NORTHERN STATES POWER CO<br>DBA XCEL ENERGY<br>3215 COMMERCE ST<br>LA CROSSE WI 54603<br>537763 | 000004 | 372.39 | 0.71 |
| Pedersen Auto Shop<br>101 3rd Street<br>Farmington MN 55024<br>0312 | 000005 | 1,460.75 | 2.82 |
| American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848<br>0390 | 000006 | 385.98 | 0.74 |
| Remittance Total | | 2,310.12 | 4.45 |

MICHAEL J. IANNACONE, Trustee

COURTI                                          Printed: 09/08/10 12:49 PM    Ver: 15.20